Probation Form No. 35
(1/92)

Case 2:00-cr-00295-EEF   Document 348   Filed 04/26/2005   Page 1 of 1

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

UNITED STATES OF AMERICA                    Crmin. No. 053L 2:00CR00295-001L

        v.

Salam, Inc.

On October 10, 2001, the above named was placed on Probation for a period of five years. Salam, Inc. has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Salam, Inc. be discharged from Probation.

Respectfully submitted,

Jill M. Schneckenburger
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 25th day of April, 2005.

Eldon E. Fallon
U.S. District Judge

Distribution:
  Original - Clerk's Office
  2 Certified Copies - United States Probation Office
  1 Certified Copy   - United States Attorney's Office
  1 Certified Copy   - Defense Attorney
  1 Certified Copy   - Defendant

Fee_____
Process_____
X   Dktd_____
   CtRmDep_____
   Doc. No._____